# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christian Chichester, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06016
Honorable Manish S. Shah

ShipBob, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

MINUTE entry before the Honorable Manish S. Shah: Plaintiff's counsel shall email a version of the proposed order approving the settlement in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.