UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christian Chichester, et al.

                        Plaintiff,

v.                                                 Case No.: 1:21−cv−06016
                                                      Honorable Manish S. Shah

ShipBob, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 29, 2021:

      MINUTE entry before the Honorable Manish S. Shah: The motion for approval of settlement [5] is granted. The settlement is the result of an arm's length negotiation, assisted by a mediator, and resolves a bona fide wage dispute. The settlement provides meaningful relief for participating opt−ins, and eliminates risk for both sides. The attorney's fees and expenses are reasonable, considering the nature of the case, the risks borne by plaintiff's counsel, and counsel's experience. The settlement administrator is approved, as is the notice and opt−in plan. The service awards are generous, but within the range of reason and uncontested. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.