IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN CHICHESTER, ABBY JUSTINGER, DAVID MAHONEY, and AMANDA SCHMITZ, individually and on behalf of all others similarly situated,<br><br>          **Plaintiffs,**<br><br>v.<br><br>SHIPBOB, INC.,<br><br>          **Defendant.** | Civil Action No. 21-cv-06016 |

**ORDER APPROVING COLLECTIVE ACTION SETTLEMENT**

The above-entitled matter came before the Court on Plaintiffs' Unopposed Motion for Approval of a Collective Action Settlement ("Approval Motion").

**The Settlement is Approved**

1. The Court finds that the settlement in this Fair Labor Standards Act action is a fair and reasonable resolution of a bona fide dispute, and therefore, meets the requirements for approval.

2. The Court approves the Parties' Joint Stipulation of Settlement and Release Agreement, attached to the Salas Decl. as Exhibit B and "so orders" all of its terms.

3. The Court has reviewed and approves the Fair Labor Standards Act settlement as set forth in the Settlement Agreement. The terms of the Parties' Joint Stipulation of Settlement and Release Agreement are incorporated by reference into this Order.

4. The Court approves the proposed Notice of Settlement and the proposed plan for its distribution.

5. The Court approves the Service Awards for Christian Chichester, Abby Justinger, David Mahoney, and Amanda Schmitz.

6. The Court grants Plaintiffs' request for attorneys' fees and out-of-pocket costs and expenses.

7. The Court approves Analytics LLC, as the Settlement Administrator.

8. This case is dismissed without prejudice, with leave to reinstate on or before 60 days after the Effective Date, and in the event a motion to reinstate is not filed on or before 60 days after the Effective Date, the case shall be deemed, without further order or action of the Court, to be dismissed with prejudice.

9. This Court will retain jurisdiction over this Action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Joint Stipulation of Settlement and Release Agreement, including the distribution of the settlement funds.

10. The Parties shall abide by all terms of the Joint Stipulation of Settlement and Release Agreement.

It is so ORDERED this 29th day of November, 2021

_____
Manish S. Shah, U.S. District Judge